UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 19 2021
U.S. DISTRICT COURT
ELKINS, WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 2:21cr22 |
| CAMERON K. SHREVE, | Violations: 18 U.S.C. § 922(a)(6) |
| Defendant. | 18 U.S.C. § 922(g)(3) |
| | 18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(False Statement During Purchase of Firearm)

On or about January 18, 2021, in Randolph County, in the Northern District of West Virginia, defendant **CAMERON K. SHREVE**, in connection with the purchase of a firearm, that is, a Sig Sauer semi-automatic pistol, P365, 9mm caliber, serial number 66A615889, and a Sturm, Ruger & Co., INC. semi-automatic rifle, model AR-556, .556 caliber, serial number 858-80926, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements, which were intended and likely to deceive a licensed dealer of firearms, as to facts material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was not an illegal drug user on ATF Form 4473, when in fact as the defendant then knew, he was an illegal drug user, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

(Unlawful Possession of a Firearm as Drug User)

On or about April 13, 2021, in Randolph County, in the Northern District of West Virginia, defendant **CAMERON K. SHREVE**, knowing that he was an unlawful user of and addicted to a controlled substance, that is, methamphetamine, possessed a firearm, that is, a Sig Sauer semi-automatic pistol, P365, 9mm caliber, serial number 66A615889, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT THREE

(Unlawful Possession of a Firearm as Drug User)

On or about May 13, 2021, in Randolph County, in the Northern District of West Virginia, defendant **CAMERON K. SHREVE**, knowing that he was an unlawful user of and addicted to a controlled substance, that is, methamphetamine, possessed a firearm, that is, a Sturm, Ruger & Co., INC. semi-automatic rifle, model AR-556, .556 caliber, serial number 858-80926, and a Sig Sauer semi-automatic pistol, P365, 9mm caliber, serial number 66A615889, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM J. IHLENFELD, II
United States Attorney

Christopher L. Bauer
Assistant United States Attorney